UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL, | No. 2:19-cv-0448 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is defendants' motion to dismiss. (ECF No. 6.) The deadline for filing an opposition or statement of non-opposition has now passed, but plaintiff has yet to file a response to the motion. Accordingly, IT IS HEREBY ORDERED that plaintiff shall file his response to the motion to dismiss within twenty-one days from the date of this Order. Failure to timely oppose the motion may be deemed a waiver of opposition to the motion. See L.R. 230(l).

Dated: January 27, 2020

/DLB7;
DB/Inbox/Routine/hill0448.46

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE